Laurence A. Shapero, WSBA #31301          Honorable Rebecca L. Pennell
Lauren Titchbourne, WSBA #54565
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone:  206-876-5301
Facsimile:   206-693-7058
Email:  laurence.shapero@ogletree.com
           lauren.titchbourne@ogletree.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# RICHLAND DIVISION

| | |
|---|---|
| ONSHORE QUALITY CONTROL SERVICES, LLC, a Texas limited liability company,<br><br>     Plaintiff,<br><br>  vs.<br><br>STEVEN BROMLEY, an individual<br><br>     Defendant. | Case No. 4:24-cv-05134-RLP<br><br>**STATEMENT OF MATERIAL FACTS NOT IN DISPUTE** |

Onshore Quality Control Specialists, LLC ("QCS") hereby submits its Statement of Material Facts Not in Dispute in accordance with Local Rule 56(c)(1)(A).

1.   Bromley did not report any discrimination on the basis of a protected status as defined by the Washington Law Against Discrimination ("WLAD") on or before April 18, 2024.  *See* ECF No. 11.

STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 1
Case No. 4:24-cv-05134-RLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

2. Bromley has never alleged that QCS discriminated against him on the basis of "race, creed, color, national origin, citizenship or immigration status, sex, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental, or physical disability or the use of a trained dog guide or service animal by a person with a disability." *See* ECF No. 11; *See also* RCW 49.60.030(1).

3. On March 15, 2024, Bromley acknowledged that the release language contained in the proposed settlement agreement between the parties was a "full release" that would extinguish any then-existing SNMA claims when he demanded QCS "re-write" the Agreement to reflect his intention not to release such claims. ECF No. 22-2 at 98.

4. On March 15, 2024, QCS stated that it would "add the clarifying sentence about the confidentiality provision not being intended to infringe on your rights under the Silenced No More Act as that was always the intent." ECF No. 22-2 at 98.

5. On April 12, 2024, QCS told Bromley's attorney it would not settle any claims unless all claims, including any potential SNMA claims, were released by the Agreement. ECF 22-2 at 131.

6. Bromley executed a Confidential Settlement Agreement and Release of All Claims on April 18, 2024 (the "Agreement"). ECF No. 22-2 at 140-144.

7. Administrative Law Judge, Evan Nordby, approved the Agreement on April 23, 2024. ECF No. 26-1.

STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 2
Case No. 4:24-cv-05134-RLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

8. On September 10, 2024, after he signed the Agreement and received the Settlement Payment, Bromley demanded $100,000 to resolve alleged violations of the SNMA and WLAD, specifically concerning purported wrongs that occurred before he signed the Agreement in which he released all such claims. ECF No. 26-2.

Respectfully submitted this 18th day of June, 2025.

> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: */s/ Laurence A. Shapero*
> By: */s/ Lauren Titchbourne*
> Laurence A. Shapero, WSBA No. 31301
> Lauren Titchbourne, WSBA No. 54565
> 1201 Third Avenue, Suite 5150
> Seattle, WA 98101
> Telephone: (206) 693-7057
> Facsimile: (206) 693-7058
> Email: laurence.shapero@ogletree.com
> lauren.titchbourne@ogletree.com
>
> *Attorneys for Onshore Quality Control Specialists, LLC*

STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 3
Case No. 4:24-cv-05134-RLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2025, I served the foregoing STATEMENT OF MATERIAL FACTS NOT IN DISPUTE via the method(s) below on the following parties:

Nathan Viavant
VIAVANT LAW PLLC
218 E. Langdon Rd.
Walla Walla, WA  99362
Telephone:  (509) 200-1543
Email:  nathan@viavantlaw.com

*Attorney for Defendant*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 18th day of June, 2025 at Seattle, Washington.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By: */s/ Mary J. Klemz*
    Mary J. Klemz, Practice Assistant
    mary.klemz@ogletree.com

STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 4
Case No. 4:24-cv-05134-RLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058
90377498.v1-OGLETREE