FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ONSHORE QUALITY CONTROL SPECIALISTS, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN BROMLEY, an individual,<br><br>Defendant. | CASE NO: 4:24-CV-05134-RLP<br><br>ORDER ON STIPULATED MOTION TO DISMISS |

Before the Court is the parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 46. The parties stipulate to the dismissal of this action without prejudice. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation for Dismissal, **ECF No. 46**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** without prejudice, and without an award of fees or costs.

ORDER ON STIPULATED MOTION TO DISMISS * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this

2  Order, close the file, and provide copies to the parties.

3  DATED November 10, 2025.

_____
REBECCA L. PENNELL
United States District Judge